# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MIRKO AVESANI,**

        Petitioner,                      CASE NO.

v.

**GOOGLE LLC** d/b/a **YOUTUBE**

        Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

**DECLARATION OF MIRKO AVESANI**

I, Dr. Mirko Avesani, the undersigned, declare that:

1. I have retained the law firm of Rodenhouse Law Group PC to attempt to effectuate the takedown of infringing content from YouTube.com and discover the identity of the part(y)(ies) responsible for distributing the infringing content.

2. Through counsel, I am requesting the issuance of the proposed subpoena that would order YouTube to disclose the identity, including the name, physical address(es), IP address(es), telephone number(s), email address(es), payment information, account updates, and account history(y)(ies) of the users responsible for uploading and distributing the content made available on the following pages and URLs:

    "The coughing Doctor"
    https://www.youtube.com/watch?v=2ORAmwJnoik

1

03/09/2021

3. "The coughing Doctor" video identified above contains an image of my face superimposed over the face of another individual. I took this photo and I own the copyright to the photo. The use of my photo in "The coughing Doctor" video infringes upon my copyright. I would like the video taken down and I would like to uncover the identity of the individual(s) responsible for posting it without my authorization.

4. I declare under penalty of perjury that the information in this notification is accurate and that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Dated: 03/09/2021

/s/ _____
Dr. Mirko Avesani



Cognome AVESANI
Nome MIRKO
nato il 12-09-1974
(atto n. 2646 P. 1 S. A )
a VERONA (VR) ( )
Cittadinanza ITALIANA
Residenza SAN PIETRO IN CARIANO (VR)
Via OSSAN N.35
Stato civile STATO LIBERO
Professione MEDICO

CONNOTATI E CONTRASSEGNI SALIENTI
Statura 1,82
Capelli CASTANI
Occhi MARRONI
Segni particolari ===

Firma del titolare
SAN PIETRO IN CARIANO 26-01-2011
IL SINDACO
Impronta del dito indice sinistro



Comune di   Comune di
€ 0,26      € 5,16
SEGRETERIA  CARTA IDENTITA

Scadenza 26-01-2021
AS 0452154

REPVBBLICA ITALIANA
COMVNE DI
SAN PIETRO IN CARIANO
CARTA D'IDENTITA'
N° AS 0452154
DI
AVESANI
MIRKO